No. 83–1440. DOWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 83–5736. SCOTT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–5806. TOWNS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 83–5821. DUARTE ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 83–5832. WILLIAMS v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 83–5847. COPPOLA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 83–5985. SEARLES v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. 

No. 83–6001. ALMON v. JERNIGAN, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 83–6147. ROBINSON v. HADDEN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 83–6182. TILLIS v. JAMES ET AL. C. A. 11th Cir. Certiorari denied. 

No. 83–6183. SMITH v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. 

No. 83–6189. VAN HOORELBEKE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–6201. SPEARS v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 83–6203. PIATKOWSKA v. INTERINSURANCE EXCHANGE OF THE AAA AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–6208. JUTRAS v. GULF FLEET MARINE CORP. ET AL. C. A. 5th Cir. Certiorari denied. 
